# Exhibit 22

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending December 31, 2019**

| | | | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 14,713 | 1,136 | 2,203 | 1,000 | 2,954 | 7,538 | 4,051 | 19,046 | 16,099 |
| | Terminations | | 12,253 | 1,511 | 2,267 | 1,042 | 2,279 | 7,365 | 3,908 | 17,858 | 15,225 |
| | Pending | | 44,841 | 2,013 | 2,457 | 867 | 2,784 | 16,089 | 5,080 | 14,951 | 8,322 |
| | Percent Change in Total Filings | Over Last Year | 3.2 | -18.6 | 0.5 | -3.7 | 26.9 | -1.0 | 0.8 | 21.9 | 11.4 |
| | | Over 2014 | 363.4 | 10.2 | -37.1 | 6.8 | 28.8 | -8.6 | -15.6 | 33.9 | 37.0 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months [1] | | 10.0 | 0.0 | 36.0 | 0.0 | 20.0 | 39.7 | 15.2 | 34.2 | 6.9 |
| **Actions per Judgeship** | Filings | Total | 1,226 | 379 | 315 | 333 | 492 | 628 | 506 | 1,002 | 1,238 |
| | | Civil | 1,189 | 299 | 249 | 249 | 378 | 441 | 375 | 362 | 322 |
| | | Criminal Felony | 28 | 63 | 52 | 66 | 94 | 155 | 130 | 542 | 805 |
| | | Supervised Release Hearings | 10 | 17 | 14 | 18 | 21 | 32 | 1 | 98 | 112 |
| | Pending Cases | | 3,737 | 671 | 351 | 289 | 464 | 1,341 | 635 | 787 | 640 |
| | Weighted Filings [1] | | 969 | 367 | 286 | 305 | 479 | 593 | 569 | 710 | 873 |
| | Terminations | | 1,021 | 504 | 324 | 347 | 380 | 614 | 489 | 940 | 1,171 |
| | Trials Completed | | 9 | 38 | 9 | 22 | 27 | 18 | 11 | 25 | 22 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.9 | 9.9 | 9.0 | 8.8 | 7.7 | 7.3 | 10.2 | 4.4 | 4.4 |
| | | Civil [1] | 7.7 | 16.5 | 11.9 | 9.5 | 9.3 | 7.6 | 8.9 | 7.6 | 6.5 |
| | From Filing to Trial [1] (Civil Only) | | 19.2 | - | 39.0 | - | 23.7 | 17.6 | 17.8 | 22.9 | 27.9 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 14,450 | 53 | 433 | 19 | 59 | 8,772 | 260 | 333 | 155 |
| | | | 32.5 | 3.1 | 20.5 | 2.8 | 2.6 | 62.8 | 7.7 | 5.6 | 4.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.3 | 1.4 | 1.2 | 1.4 | 1.5 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 49.2 | 32.2 | 41.3 | 29.8 | 46.1 | 58.4 | 42.9 | 50.6 | 46.9 |
| | | Percent Not Selected or Challenged | 50.7 | 23.8 | 29.0 | 22.8 | 42.1 | 49.6 | 31.1 | 39.4 | 39.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."