UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION, § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 6:20-cv-00125 |
| v. § | |
| § | **JURY TRIAL REQUESTED** |
| NITRO FLUIDS, L.L.C., § § | |
| Defendant. § § § | |

### **JOINT CLAIM CONSTRUCTION STATEMENT**

The parties submit the below Joint Claim Construction Statement in accord with the Court's Order Governing Proceedings (ECF No. 20).

    **A.**    **Agreed-Upon Constructions**

The parties have reached a general agreement that "fracturing tree" means "a tree having at least one valve that can control the flow of fracturing fluid during a fracturing operation," but the parties dispute whether this construction encompasses ordinary production trees.

    **B.**    **Disputed Claim Constructions**

The disputed terms, including each party's proposed construction for each disputed term, are attached as Exhibit A.

1

DATED: October 10, 2020

/s/ *J. David Cabello*
J. David Cabello
*Attorney-in-Charge*
J. David Cabello
Texas Bar No. 03574500
James H. Hall
Texas Bar No.  24041040
Stephen D. Zinda
Texas Bar No. 24084147
CABELLO HALL ZINDA, PLLC
801 Travis Street, Suite 1610
Houston, TX 77002
Tel: 832-631-9990
Fax: 832-631-9991
Email: david@chzfirm.com
Email: james@chzfirm.com
Email: stephen@chzfirm.com

**Attorneys for Defendant Nitro Fluids, LLC**

Respectfully submitted,

By: */s/ John R. Keville*
John R. Keville
Texas Bar No. 00794085
jkeville@winston.com
Merritt D. Westcott (*Pro Hac Vice*)
Texas Bar No. 24027091
mwestcott@winston.com
William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis (*Pro Hac Vice*)
Texas Bar No. 24116670
edlewis@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

ATTORNEYS FOR PLAINTIFF,
CAMERON INTERNATIONAL
CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. David Cabello  
david@chzfirm.com  
James H. Hall  
james@chzfirm.com  
Stephen D. Zinda  
stephen@chzfirm.com  
CABELLO HALL ZINDA, PLLC  
801 Travis Street, Suite 1610  
Houston, TX 77002  

ATTORNEYS FOR DEFENDANT,  
NITRO FLUIDS L.L.C.

      */s/ John R. Keville*  
      John R. Keville