# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION, §<br>§<br>§ | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 6:20-cv-00125 |
| v. §<br>§ | |
| NITRO FLUIDS L.L.C., § | **JURY TRIAL REQUESTED** |
| §<br>Defendant. §<br>§<br>§ | |

## JOINT IDENTIFICATION OF DISPUTED TERMS
## AND THE PARTIES' PROPOSED CONSTRUCTIONS

| U.S. Patent No. 9,915,132 | | | | |
|---|---|---|---|---|
| **No.** | **Claim Term(s)** | **Party Proposing Term(s)** | **Cameron's Proposed Construction(s)** | **Nitro's Proposed Construction(s)** |
| 1 | fluid conduit<br><br>(claim 9) | Defendant | plain and ordinary meaning | "channel for conveying fluid, comprising an adjustment joint or pivot joint" |
| 2 | a first connection block positioned at the well fracturing tree<br><br>(claim 9) | Defendant | plain and ordinary meaning, which is "a first connection block attached to or adjacent to the well fracturing tree" | indefinite |
| 3 | connection block<br><br>(claim 9) | Defendant | plain and ordinary meaning | "a component that connects other components in the flow path, like pipes and valves" |

| No. | Claim Term(s) | Party Proposing Term(s) | Cameron's Proposed Construction(s) | Nitro's Proposed Construction(s) |
|---|---|---|---|---|
| 4 | fracturing operation (claim 9) | Defendant | plain and ordinary meaning | "an act of injecting fluid into a well to create man-made fractures in a hydrocarbon bearing formation" |
| 5 | fracturing tree / fracturing trees (claims 9, 10, 12) | Both | "a tree having at least one valve that can control the flow of fracturing fluid during a fracturing operation" | "a tree having at least one valve that can control the flow of fracturing fluid during a fracturing operation" |

| U.S. Patent No. 10,385,645 | | | | |
|---|---|---|---|---|
| No. | Claim Term(s) | Party Proposing Term(s) | Cameron's Proposed Construction(s) | Nitro's Proposed Construction(s) |
| 1 | [rigid] fluid pathway (claims 1, 10, 14, 17, 20) | Defendant | plain and ordinary meaning | "[rigid (i.e., inflexible)] route for fluid flow that comprises an adjustment joint or swivel joint" |
| 2 | fracturing tree / fracturing trees (claims 1–4, 13, 17, 20) | Both | "a tree having at least one valve that can control the flow of fracturing fluid during a fracturing operation" | "a tree having at least one valve that can control the flow of fracturing fluid during a fracturing operation" |
| 3 | fracturing manifold / fracturing fluid distribution manifold (claim 1–4, 10, 13, 17–18, 20) | Both | ordinary and customary meaning in the art, which is: "a series of pipes, connections, and valves that direct fracturing fluid from a fracturing fluid supply to individual wells" | "a pipe or chamber with multiple outlets for delivering fracturing fluid to a well" |